**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-00140-DOC-ADS                                                                 Date: May 4, 2023

Title: BRIGETTE LEBER V. BANK OF AMERICA, N.A.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE**

The Court is in receipt of the parties' stipulation to extend the time to answer for Defendant Bank of America, N.A. ("Defendant" or "Bank of America"). (Dkt. 18). This is the fourth stipulation of this kind. *See* Dkts. 11, 15, 16, 17.

The parties ask for additional time due to "overlap between the claims in this action and the claims in the related case before this Court: *Natalie Tristan, Avantika Ahuja, and Phillip Myers v. Bank of America, N.A. and Early Warning Services, LLC D/B/A Zellepay.com*, Case No. 8:22-cv-01183-DOC-ADS ("Tristan action")." (Dkt. 18) at 2.

The parties are **ORDERED TO SHOW CAUSE** why the instant action should not be stayed pending resolution of the Tristan action. The parties shall file a 5-page joint response by May 12, 2023, at 12:00 PM.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                           Initials of Deputy Clerk: kdu

CIVIL-GEN