**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 280-4783
jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783
sgold@kalielgold.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330090)
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE LEBER and GLORIMAR FONTANEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 8:23-cv-00140-DOC-ADS<br>[Assigned to Hon. David O. Carter]<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice as to all claims, counterclaims, cross-claims or actions in the above matter that each party has, had or may have against the other under Fed. R. Civ. P. 41 in accordance with the terms of the

settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees.

      IT IS SO STIPULATED.

Dated: January 15, 2025          **KALIELGOLD PLLC**

                                  By:/s/ Sophia Goren Gold
                                      Sophia Goren Gold
                                      Jeffrey D. Kaliel
                                      Amanda J. Rosenberg

                                  *Attorneys for Plaintiffs and the Putative Class*

Dated: January 15, 2025          Respectfully submitted,

                                  **KALIELGOLD PLLC**

                                  By/s/ Jeffrey D. Kaliel
                                      Jeffrey D. Kaliel
                                      Sophia Goren Gold

                                  *Attorneys for Plaintiff and the Proposed Class*

                                  **EDELSBERG LAW, P.A.**

                                  By:/s/ Scott Edelsberg
                                      Scott Edelsberg

Dated: January 15, 2025          **WILLIAM CUTLER PICKERING HALE AND DORR LLP**

                                  By:/s/ Matthew Benedetto
                                      Matthew Benedetto
                                      Noah Levine (*pro hac vice*)
                                      Benjamin Chapin (*pro hac vice*)

                                  *Attorneys for Defendant Bank of America*

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that each of the above signatures have concurred in the filing of this document.

/s/ *Sophia Goren Gold*
Sophia Goren Gold

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy has been served on all parties who are registered with the CM/ECF service.

　　　　　　　　　　　　　　　　　　　*/s/ Sophia Goren Gold*
　　　　　　　　　　　　　　　　　　　Sophia Goren Gold